| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>LIOR KATZ \| BAR NO. 284559<br>KATZ LAW, A PROFESSIONAL CORPORATION<br>11620 WILSHIRE BLVD., SUITE 900<br>LOS ANGELES, CA 90025<br>TEL: (844) 528-9529<br>FAX: (310) 382-2110<br>EMAIL: katzlawapc@gmail.com<br><br>  Individual *appearing without an attorney*<br>X Attorney for: Plaintiffs (Harvey and Kazuko Kagasoff) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>ANN VICTORIA LUND,<br><br><br>                                    Debtor.<br>                                                                                     Debtor(s) | CASE NO.: 8:18-ap-01115-CB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>ORDER GRANTING MOTION FOR SUMMARY JUDGMENT |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FINDING THAT DEBT IS NONDISCHARGEABLE UNDER 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6)</u>

was lodged on (*date*) __4/24/19__ and is attached. This order relates to the motion which is docket number 22__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                           Page 1                         **F 9021-1.2.BK.NOTICE.LODGMENT**

LIOR KATZ | CA BAR No. 284559
KATZ LAW, APC
11620 Wilshire Blvd., Suite 900
Los Angeles, California 90025
Tel: (844) 528-9529
Fax: (310) 382-2110
Email: Katzlawapc@gmail.com

Attorney for Plaintiffs
HARVEY D. KAGASOFF and KAZUKO KAGASOFF

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANN VICTORIA LUND,<br><br>          Debtor.<br><br>HARVEY D. KAGASOFF and KAZUKO KAGASOFF,<br><br>          Plaintiffs.<br><br>   vs.<br><br>ANN VICTORIA LUND,<br><br>          Defendant. | Bk. No.: 8:18-bk-10946-CB<br><br>Adv. No.: 8:18-ap-01115-CB<br><br>Chapter 7<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FINDING THAT DEBT IS NONDISCHARGEABLE UNDER 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(6)<br><br>Cont. Hearing –<br>Date:  April 23, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5D<br>Location: 411 West Fourth Street<br>          Santa Ana, CA 92701<br><br>Honorable Catherine E. Bauer |

      Plaintiffs Harvey D. Kagasoff and Kazuko Kagasoff's ("Plaintiffs") Motion for Summary Judgment (filed on March 8, 2019, as docket entry #22) came on for a noticed hearing before this Court on April 23, 2019 at 1:30 p.m. Lior Katz of Katz Law, APC personally appeared on behalf

of Plaintiffs. Scott Talkov of Reid & Hellyer, APC personally appeared on behalf of Defendant, Ann Victoria Lund ("Defendant"). The Court, after reviewing the pleadings filed in this matter, and considering the arguments on the record, with good cause appearing therefor, makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment (filed on March 8, 2019, as docket entry #22) is GRANTED in its entirety.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that the debt owed by Defendant to Plaintiffs from the Judgment of the Orange County Superior Court in the case of *Kagasoff v. Lund, et al.*, Case Number 30-2008-00114685-CU-PN-CJC (judgment filed on October 22, 2012) is excepted from discharge pursuant to 11 U.S.C. §§523(a)(2)(A) and 523(a)(6).

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11620 Wilshire Blvd., Suite 900, Los Angeles, CA 90025.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __4/24/19__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

DEFENDANT'S ATTORNEY: Scott Talkov - stalkov@rhlaw.com
CHAPTER 13 TRUSTEE: Richard A Marshack (TR) - pkraus@marshackhays.com, rmarshack@iq7technology.com
U.S. TRUSTEE: United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/24/2019 | Lior Katz | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9021-1.2.BK.NOTICE.LODGMENT