Lior Katz, SBN 284559
Katz Law, APC
11620 Wilshire Blvd., Suite 900
Los Angeles, California 90025
Tel: 844-528-9529
Fax: 310-382-2110
Katzlawapc@gmail.com

Attorney for Harvey D. Kagasoff and
Kazuko Kagasoff, Plaintiffs

**FILED & ENTERED**

MAY 10 2019

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY le            DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANN VICTORIA LUND,<br><br>Debtor.<br><br>HARVEY D. KAGASOFF and<br>KAZUKO KAGASOFF,<br><br>Plaintiffs.<br><br>vs.<br><br>ANN VICTORIA LUND,<br><br>Defendant. | Case No.: 8:18-bk-10946-CB<br><br>Chapter 7<br><br><br><br>Adv. No.: 8:18-ap-01115-CB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FINDING THAT DEBT IS NONDISCHARGEABLE UNDER 11 U.S.C. §§ 523(a)(2)(A) AND 523(a)(6)**<br><br>Date: April 23, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5D<br>Address: 411 West Fourth Street<br>            Santa Ana, CA 92701 |

//

//

//

A hearing was held on April 23, 2019, at 1:30 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Plaintiffs Harvey D. Kagasoff and Kazuko Kagasoff's Motion for Summary Judgment filed March 8, 2019 as Docket #22 ("Motion").  Lior Katz of Katz Law, APC personally appeared on behalf of Harvey D. Kagasoff and Kazuko Kagasoff.  Scott Talkov of Reid & Hellyer, APC personally appeared on behalf of Defendant, Ann Victoria Lund.

The Court having read and considered the Motion, heard the statements of counsel, noted the related pleadings, considered the arguments on the record and with good cause shown,

IT IS ORDERED:

1. The Motion is granted.

###

Date: May 10, 2019

Catherine Bauer
United States Bankruptcy Judge